Marie Burke Kenny (Bar No. 183640)
E-mail: marie.kenny@procopio.com
Clint S. Engleson (Bar No. 282153)
E-mail: clint.engleson@procopio.com
Ashley N. Fasano (Bar No. 324949)
E-mail: ashley.fasano@procopio.com
PROCOPIO, CORY, HARGREAVES &
   SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Defendant AYA HEALTHCARE, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA O'DELL, HANNAH BAILEY, HOLLY ZIMMERMAN, and LAUREN MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AYA HEALTHCARE, INC.,<br><br>Defendant. | Case No. '22CV1151 BEN BLM<br><br>**DEFENDANT AYA HEALTHCARE, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND DISMISS COURT ACTION**<br><br>Hearing Date: November 14, 2022<br>Time: 10:30 a.m.<br>Courtroom: 5A<br>Judge: Hon. Roger T. Benitez<br><br>Complaint Filed: August 4, 2022<br>Trial Date:     None set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 14, 2022, at 10:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable Roger T. Benitez, in Courtroom 5A of this Court located at 221 West Broadway, San Diego, California 92101, Defendant Aya Healthcare, Inc. ("Aya"), by and through its attorneys, hereby moves this Court for an Order to Compel Arbitration and Dismiss Court Action, pursuant to pursuant to 9 U.S.C. §§ 3-4 and Fed. R. Civ. P. 12(b)(1).

This Motion is made on the grounds that the named Plaintiffs Laura O'Dell, Hannah Bailey, Holly Zimmerman, and Lauren Miller (collectively, "Plaintiffs") each signed an Arbitration Agreement governed by the Federal Arbitration Act under which they agreed to submit all disputes between them and Aya to binding arbitration. The subject Arbitration Agreements contained a waiver of non-individual actions, including class, collective and representative actions. Accordingly, this entire action and the First Amended Complaint must be dismissed.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declarations of Ashley N. Fasano and Amber Zeeb and accompanying exhibits, the Request for Judicial Notice, and all pleadings and papers on file in this action, and upon such further oral and written argument and evidence as may be presented at or prior to the hearing on this matter.

DATED: October 7, 2022

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ *Marie Burke Kenny*
Marie Burke Kenny
Clint S. Engleson
Ashley N. Fasano
Attorneys for Defendant
AYA HEALTHCARE, INC.