Marie Burke Kenny (Bar No. 183640)
E-mail:marie.kenny@procopio.com
Clint S. Engleson (Bar No. 282153)
E-mail:clint.engleson@procopio.com
Ashley N. Fasano (Bar No. 324949)
E-mail: ashley.fasano@procopio.com
PROCOPIO, CORY, HARGREAVES &
  SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Defendant Aya Healthcare, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA O'DELL, HANNAH BAILEY, and HOLLY ZIMMERMAN, and LAUREN MILLER individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AYA HEALTHCARE, INC.,<br><br>Defendant. | Case No. '22CV1151 BEN BLM<br><br>**DECLARATION OF AMBER ZEEB IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS COURT ACTION**<br><br>Complaint Filed:   August 4, 2022<br>Trial Date:        None set |

I, Amber Zeeb, declare as follows:

1.      I have personal knowledge of the following facts and, if called upon as a witness, could competently testify to each of the facts set forth herein. I execute this declaration in support the Motion to Compel Arbitration and Dismiss Court Action filed by Defendant Aya Healthcare, Inc.

2.      I am currently the Chief People Office and Executive Vice President, Global Employee Services & Infrastructure for Aya Healthcare, Inc. ("Aya"). I have worked for Aya since March 2007.

3.      Aya provides various payroll and backend services to Aya Healthcare Services, Inc. ("Aya Services"), among other things. Aya Services is a staffing company that dispatches travel clinicians to temporary work assignments at approximately 3,300 healthcare facilities or campuses nationwide, including 500 facilities or campuses in California. The term "clinician" includes all

hourly, non-exempt employees placed in clinical and non-clinical positions at healthcare facilities including but not limited to nurses, therapists and technicians.

4.    In my position, I am familiar with the policies and procedures used by Aya Services to hire and onboard employees. I am also familiar with the policies, procedures and practices for maintaining personnel files for employees of Aya Services in the regular course of business. The personnel records are maintained in a trustworthy manner.

5.    I am aware that Plaintiff Laura O'Dell was a clinician who worked for Aya Services at various healthcare facilities, including in California, between approximately November 2, 2020 and April 25, 2022. I have reviewed Ms. O'Dell's personnel file from her employment with Aya Services, which is maintained in the regular course of business, and I am familiar with its contents. The offer letter signed by Ms. O'Dell stated that all claims relating to her employment would be governed by a separate arbitration agreement. The offer letter also included an at-will employment provision that either Ms. O'Dell or Aya could modify the employment relationship at any time, for any reason, without or without cause and with or without notice.

6.    Attached hereto as **Exhibit 1** is a true and correct copy of the Arbitration Agreement between Ms. O'Dell and Aya Services executed on October 14, 2020. I recognize my signature on behalf of Aya Services that is affixed to the Arbitration Agreement. Plaintiff's hand-drawn electronic signature is also affixed to the Arbitration Agreement via DocuSign and displays the number 036A46D865D4434 immediately below the signature. According to her personnel file, Ms. O'Dell signed her offer letter for her first work assignment with Aya Services before she signed her Arbitration Agreement.

7.    I am aware that Plaintiff Holly Zimmerman was a clinician who worked for Aya Services in New Jersey between approximately January 18, 2022 and March 18, 2022. I have reviewed Ms. Zimmerman's personnel file from her employment with Aya Services, which is maintained in the regular course of business, and I am familiar with its contents. The offer letter signed by Ms. Zimmerman stated that all claims relating to her employment would be governed by a separate arbitration agreement. The offer letter also included an at-will employment provision that either Ms. Zimmerman or Aya could modify the employment relationship at any time, for any reason,

2

without or without cause and with or without notice.

8.      Attached hereto as **Exhibit 2** is a true and correct copy of the Arbitration Agreement between Ms. Zimmerman and Aya Services on December 28, 2021. I recognize my signature on behalf of Aya Services that is affixed to the Arbitration Agreement. Plaintiff's hand-drawn electronic signature is also affixed to the Arbitration Agreement via DocuSign and displays the number F82089FC7BBA4C2 immediately below the signature. According to her personnel file, Ms. Zimmerman signed her offer letter for her first work assignment with Aya Services before she signed her Arbitration Agreement.

9.      I am aware that Plaintiff Hannah Bailey was a clinician who worked for Aya Services in Virginia between approximately March 29, 2022 and June 25, 2022. I have reviewed Ms. Bailey's personnel file from her employment with Aya Services, which is maintained in the regular course of business, and I am familiar with its contents. The offer letter signed by Ms. Bailey stated that all claims relating to her employment would be governed by a separate arbitration agreement. The offer letter also included an at-will employment provision that either Ms. Bailey or Aya could modify the employment relationship at any time, for any reason, without or without cause and with or without notice.

10.     Attached hereto as **Exhibit 3** is a true and correct copy of the Arbitration Agreement between Ms. Bailey and Aya Services executed on February 28, 2022. I recognize my signature on behalf of Aya Services that is affixed to the Arbitration Agreement. Plaintiff's hand-drawn electronic signature is also affixed to the Arbitration Agreement via DocuSign and displays the number 5C1128E693924A0 immediately below the signature. According to her personnel file, Ms. Bailey signed her offer letter for her first work assignment with Aya Services before she signed her Arbitration Agreement.

11.     I am aware that Plaintiff Lauren Miller was a clinician who worked for Aya Services in California between approximately May 16, 2022 and August 13, 2022. I have reviewed Ms. Miller's personnel file from her employment with Aya Services, which is maintained in the regular course of business, and I am familiar with its contents. The offer letter signed by Ms. Miller stated that all claims relating to her employment would be governed by a separate arbitration agreement.

The offer letter also included an at-will employment provision that either Ms. Miller or Aya could modify the employment relationship at any time, for any reason, without or without cause and with or without notice.

12.     Attached hereto as **Exhibit 4** is a true and correct copy of the Arbitration Agreement between Ms. Miller and Aya Services executed on April 27, 2022. I recognize my signature on behalf of Aya Services that is affixed to the Arbitration Agreement. Plaintiff's hand-drawn electronic signature is also affixed to the Arbitration Agreement via DocuSign and displays the number C4E33B817A75419 immediately below the signature. According to her personnel file, Ms. Miller signed her offer letter for her first work assignment with Aya Services before she signed her Arbitration Agreement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 29, 2022, at San Diego, California.

Amber Zeeb

DECLARATION OF AMBER ZEEB IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION
122757-00000034/6267454.1                                      CASE NO. '22CV1151 BEN BLM

# EXHIBIT 1



## ARBITRATION AGREEMENT

This Arbitration Agreement (the "Agreement") is made by and between Aya Healthcare Services, Inc. ("Aya") and _Laura E Odell_ ("You") on the date subscribed below.  You and Aya are sometimes referred to in this agreement as a "Party" or the "Parties."

In consideration of the mutual promises set forth below and Your employment with Aya, the Parties agree as follows:

1.   At-Will Employment Relationship

Your employment with Aya is at-will.  Your employment may be terminated by either you or Aya at any time, with or without notice, and with or without cause.  Nothing in this Agreement modifies the at-will nature of your employment.  The at-will nature of your employment may only be modified in a writing signed by the CEO of Aya.

2.   Claims Subject To Binding Arbitration

You and Aya mutually agree that any and all claims arising out of or relating to your employment with Aya or the end of such employment, whether asserted during or following your employment with Aya, will be subject to binding arbitration and not by a lawsuit or resort to court process.  You and Aya agree that the binding arbitration required by this Agreement applies to all covered claims arising from Your past or current assignments or position, as well as any and all covered claims arising from any future assignments or positions with Aya, regardless of whether there is a break in service between such assignments or positions.  The claims covered by this Agreement include, but are not limited to, contract claims, quasi-contract claims, equity claims, tort claims, wrongful termination claims, claims of discrimination, harassment or retaliation, wage claims, penalty claims, any claiming based on or arising out of any offer letter, agreement, handbook, or policy of Aya, claims for breach of confidentiality or misappropriation of trade secrets, claims for injunctive relief, claims alleging breach of privacy rights, and claims based on or alleging violations of the California Labor Code, California Fair Employment and Housing Act, the Americans With Disabilities Act, California Pregnancy Leave Law, or any other applicable public policy, federal, state or other governmental law, constitution, statute, regulation or ordinance.  To the extent required by Executive Order 13665, this Agreement only requires arbitration of claims arising under Title VII of the Civil Rights Act of 1964 or any tort related to or arising out of sexual assault or harassment where the employee voluntarily consents to arbitration after a dispute arises.

This Agreement is binding upon, and inures to the benefit of, the Parties and their respective successors and assigns.  In addition, You agree that this Agreement is intended to benefit and may be enforced not only by Aya, but also by any of Aya's officers, directors, owners, clients, shareholders, employees, managers, agents, attorneys, insurers, sureties, benefit plans, clients, and its affiliated, related, parent, sister, or associated business entities (including, but not limited to Aya Healthcare, Inc.).

3.   Arbitration Procedures

Prior to submitting a dispute to arbitration under this Agreement, the Parties agree to make good faith efforts to resolve any dispute on an informal basis.  If efforts at informal resolution fail, the Parties agree to participate in a non-binding mediation prior to commencing arbitration with costs of mediation split by the parties unless otherwise required by law.  If a dispute remains unresolved following mediation, either Party may submit the dispute for resolution by final binding arbitration under this Agreement.

The binding arbitration and selection of a neutral arbitrator will be conducted in conformity with the procedures of the Federal Arbitration Act (9 U.S.C. § 1 et seq.) and the California Arbitration Act (Cal. Code Civ. Proc., § 1280 et seq.), and if You are employed outside of California, in accordance with any other applicable arbitration law.  The arbitrator shall have the authority to resolve all portions of the dispute, including disputes relating to the interpretation or enforceability of this Agreement, and may utilize procedural motions challenging the legal sufficiency of a claim or defense, such as summary judgment motions, motions for judgment on the pleadings, requests for preliminary injunctions or equitable relief, and similar proceedings.  The Parties shall be entitled to discovery sufficient to adequately arbitrate their claims and defenses.



The arbitrator will issue a detailed written decision and award resolving the dispute.  The arbitrator's written opinion and award shall decide all issues submitted and set forth the legal principle(s) supporting the decision.  The decision or award of the arbitrator shall be final and binding upon the Parties.  The arbitrator shall have the power to award any type of legal or equitable relief that would be available in a court of competent jurisdiction including, but not limited to attorneys' fees, when such relief is available under the applicable statute or law.  Any arbitral award may be entered as a judgment or order in a court of competent jurisdiction.  The Parties agree that any relief or recovery to which they are entitled arising out of the employment relationship or cessation thereof shall be limited to that awarded by the arbitrator.

For claims determined to involve non-waivable statutory rights and to the extent required by law, You will not be required to pay any administrative fees or costs, including arbitrator's fees, beyond the fees and costs which would have been incurred by you, if any, had the dispute arbitrated under this provision been litigated in state or federal court.  The arbitration will take place in San Diego, California, or to the extent required by law, the arbitration may take place in the County in which You were employed by Aya.

4.    **WAIVER OF RIGHT TO JURY OR COURT TRIAL**

**BY SIGNING THIS AGREEMENT YOU ARE GIVING UP YOUR RIGHTS TO HAVE THE CLAIMS DESCRIBED IN PARAGRAPH 2 ABOVE DECIDED IN A COURT OF LAW BEFORE A JURY OR JUDGE, AND INSTEAD ARE AGREEING TO FINAL AND BINDING ARBITRATION BEFORE A NEUTRAL ARBITRATOR.**

5.    **WAIVER OF RIGHT TO BRING CLASS, COLLECTIVE, OR REPRESENTATIVE ACTION**

**TO THE FULLEST EXTENT PERMITTED BY LAW, YOU AND AYA AGREE THAT NO CLAIM COVERED BY THIS AGREEMENT MAY BE PURSUED AS A CLASS, COLLECTIVE, OR REPRESENTATIVE ACTION AND ALL SUCH CLAIMS MUST BE PURSUED ONLY ON AN INDIVIDUAL BASIS.**  Notwithstanding the foregoing, to the extent any Party asserts a representative claim that is determined to be non-waivable, You and Aya agree that any and all such representative claims may be asserted and determined only by binding arbitration in accordance with this Agreement.

6.    Complete Agreement

This is the complete agreement of the Parties on the subject matter of this Agreement.  This Agreement supersedes any prior or contemporaneous oral or written understanding on the subject, including any statements in any letter or application.  No Party is relying on any representations, oral or written, on the subject of the effect, enforceability or meaning of this Agreement, except as specifically set forth in this Agreement.  This Agreement may only be modified by a writing signed by the CEO of Aya.

7.    Severability

If any part of this Agreement is construed to be in violation of any law, unenforceable, or void, such part shall be modified to achieve the objective of the Parties to the fullest extent permitted by law, and the balance of this Agreement shall remain in full force and effect.

**PLEASE READ THIS DOCUMENT CAREFULLY BEFORE SIGNING!**

By signing below, You acknowledge and agree that You have carefully read this Agreement, you understand it, and that You knowingly and voluntarily agree to it.  You further acknowledge that you have been given the opportunity to discuss this Agreement with your own legal counsel and have availed yourself of that opportunity to the extent desired.

Laura E ODell
_____
PRINT EMPLOYEE NAME

*Laura E O'Dell*
_____               Date: 10/14/2020
036A4ED865D4434
EMPLOYEE SIGNATURE

*Amber Zeeb*
_____
AYA HEALTHCARE SERVICES, INC.

By: Amber Zeeb, Director of Operations

# EXHIBIT 2



## ARBITRATION AGREEMENT

This Arbitration Agreement (the "Agreement") is made by and between Aya Healthcare Services, Inc. ("Aya") and _Holly Zimmerman_ ("You") on the date subscribed below. You and Aya are sometimes referred to in this agreement as a "Party" or the "Parties."

In consideration of the mutual promises set forth below and Your employment with Aya, the Parties agree as follows:

1.  <u>At-Will Employment Relationship</u>

Your employment with Aya is at-will. Your employment may be terminated by either you or Aya at any time, with or without notice, and with or without cause. Nothing in this Agreement modifies the at-will nature of your employment. The at-will nature of your employment may only be modified in a writing signed by the CEO of Aya.

2.  <u>Claims Subject To Binding Arbitration</u>

You and Aya mutually agree that any and all claims arising out of or relating to your employment with Aya or the end of such employment, whether asserted during or following your employment with Aya, will be subject to binding arbitration and not by a lawsuit or resort to court process. You and Aya agree that the binding arbitration required by this Agreement applies to all covered claims arising from Your past or current assignments or position, as well as any and all covered claims arising from any future assignments or positions with Aya, regardless of whether there is a break in service between such assignments or positions. The claims covered by this Agreement include, but are not limited to, contract claims, quasi-contract claims, equity claims, tort claims, wrongful termination claims, claims of discrimination, harassment or retaliation, wage claims, penalty claims, any claiming based on or arising out of any offer letter, agreement, handbook, or policy of Aya, claims for breach of confidentiality or misappropriation of trade secrets, claims for injunctive relief, claims alleging breach of privacy rights, and claims based on or alleging violations of the California Labor Code, California Fair Employment and Housing Act, the Americans With Disabilities Act, California Pregnancy Leave Law, or any other applicable public policy, federal, state or other governmental law, constitution, statute, regulation or ordinance. To the extent required by Executive Order 13665, this Agreement only requires arbitration of claims arising under Title VII of the Civil Rights Act of 1964 or any tort related to or arising out of sexual assault or harassment where the employee voluntarily consents to arbitration after a dispute arises.

This Agreement is binding upon, and inures to the benefit of, the Parties and their respective successors and assigns. In addition, You agree that this Agreement is intended to benefit and may be enforced not only by Aya, but also by any of Aya's officers, directors, owners, clients, shareholders, employees, managers, agents, attorneys, insurers, sureties, benefit plans, clients, and its affiliated, related, parent, sister, or associated business entities (including, but not limited to Aya Healthcare, Inc.).

3.  <u>Arbitration Procedures</u>

Prior to submitting a dispute to arbitration under this Agreement, the Parties agree to make good faith efforts to resolve any dispute on an informal basis. If efforts at informal resolution fail, the Parties agree to participate in a non-binding mediation prior to commencing arbitration with costs of mediation split by the parties unless otherwise required by law. If a dispute remains unresolved following mediation, either Party may submit the dispute for resolution by final binding arbitration under this Agreement.

The binding arbitration and selection of a neutral arbitrator will be conducted in conformity with the procedures of the Federal Arbitration Act (9 U.S.C. § 1 et seq.) and the California Arbitration Act (Cal. Code Civ. Proc., § 1280 et seq.), and if You are employed outside of California, in accordance with any other applicable arbitration law. The arbitrator shall have the authority to resolve all portions of the dispute, including disputes relating to the interpretation or enforceability of this Agreement, and may utilize procedural motions challenging the legal sufficiency of a claim or defense, such as summary judgment motions, motions for judgment on the pleadings, requests for preliminary injunctions or equitable relief, and similar proceedings. The Parties shall be entitled to discovery sufficient to adequately arbitrate their claims and defenses.



The arbitrator will issue a detailed written decision and award resolving the dispute. The arbitrator's written opinion and award shall decide all issues submitted and set forth the legal principle(s) supporting the decision. The decision or award of the arbitrator shall be final and binding upon the Parties. The arbitrator shall have the power to award any type of legal or equitable relief that would be available in a court of competent jurisdiction including, but not limited to attorneys' fees, when such relief is available under the applicable statute or law. Any arbitral award may be entered as a judgment or order in a court of competent jurisdiction. The Parties agree that any relief or recovery to which they are entitled arising out of the employment relationship or cessation thereof shall be limited to that awarded by the arbitrator.

For claims determined to involve non-waivable statutory rights and to the extent required by law, You will not be required to pay any administrative fees or costs, including arbitrator's fees, beyond the fees and costs which would have been incurred by you, if any, had the dispute arbitrated under this provision been litigated in state or federal court. The arbitration will take place in San Diego, California, or to the extent required by law, the arbitration may take place in the County in which You were employed by Aya.

4. <u>**WAIVER OF RIGHT TO JURY OR COURT TRIAL**</u>

**BY SIGNING THIS AGREEMENT YOU ARE GIVING UP YOUR RIGHTS TO HAVE THE CLAIMS DESCRIBED IN PARAGRAPH 2 ABOVE DECIDED IN A COURT OF LAW BEFORE A JURY OR JUDGE, AND INSTEAD ARE AGREEING TO FINAL AND BINDING ARBITRATION BEFORE A NEUTRAL ARBITRATOR.**

5. <u>**WAIVER OF RIGHT TO BRING CLASS, COLLECTIVE, OR REPRESENTATIVE ACTION**</u>

**TO THE FULLEST EXTENT PERMITTED BY LAW, YOU AND AYA AGREE THAT NO CLAIM COVERED BY THIS AGREEMENT MAY BE PURSUED AS A CLASS, COLLECTIVE, OR REPRESENTATIVE ACTION AND ALL SUCH CLAIMS MUST BE PURSUED ONLY ON AN INDIVIDUAL BASIS.** Notwithstanding the foregoing, to the extent any Party asserts a representative claim that is determined to be non-waivable, You and Aya agree that any and all such representative claims may be asserted and determined only by binding arbitration in accordance with this Agreement.

6. <u>Complete Agreement</u>

This is the complete agreement of the Parties on the subject matter of this Agreement. This Agreement supersedes any prior or contemporaneous oral or written understanding on the subject, including any statements in any letter or application. No Party is relying on any representations, oral or written, on the subject of the effect, enforceability or meaning of this Agreement, except as specifically set forth in this Agreement. This Agreement may only be modified by a writing signed by the CEO of Aya.

7. <u>Severability</u>

If any part of this Agreement is construed to be in violation of any law, unenforceable, or void, such part shall be modified to achieve the objective of the Parties to the fullest extent permitted by law, and the balance of this Agreement shall remain in full force and effect.

**PLEASE READ THIS DOCUMENT CAREFULLY BEFORE SIGNING!**

By signing below, You acknowledge and agree that You have carefully read this Agreement, you understand it, and that You knowingly and voluntarily agree to it. You further acknowledge that you have been given the opportunity to discuss this Agreement with your own legal counsel and have availed yourself of that opportunity to the extent desired.

Holly Zimmerman
_____
PRINT EMPLOYEE NAME

*Holly Zimmerman*
_____     Date: 12/28/2021
EMPLOYEE SIGNATURE

*Amber Zeeb*
_____
AYA HEALTHCARE SERVICES, INC.

By: <u>Amber Zeeb, Director of Operations</u>

DocuSign Envelope ID: 548703A8-6FB0-4827-B643-8180AE3BC49E

**EXHIBIT 3**



## ARBITRATION AGREEMENT

This Arbitration Agreement (the "Agreement") is made by and between Aya Healthcare Services, Inc. ("Aya") and __Hannah Bailey__ ("You") on the date subscribed below. You and Aya are sometimes referred to in this agreement as a "Party" or the "Parties."

In consideration of the mutual promises set forth below and Your employment with Aya, the Parties agree as follows:

1.   <u>At-Will Employment Relationship</u>

Your employment with Aya is at-will. Your employment may be terminated by either you or Aya at any time, with or without notice, and with or without cause. Nothing in this Agreement modifies the at-will nature of your employment. The at-will nature of your employment may only be modified in a writing signed by the CEO of Aya.

2.   <u>Claims Subject To Binding Arbitration</u>

You and Aya mutually agree that any and all claims arising out of or relating to your employment with Aya or the end of such employment, whether asserted during or following your employment with Aya, will be subject to binding arbitration and not by a lawsuit or resort to court process. You and Aya agree that the binding arbitration required by this Agreement applies to all covered claims arising from Your past or current assignments or position, as well as any and all covered claims arising from any future assignments or positions with Aya, regardless of whether there is a break in service between such assignments or positions. The claims covered by this Agreement include, but are not limited to, contract claims, quasi-contract claims, equity claims, tort claims, wrongful termination claims, claims of discrimination, harassment or retaliation, wage claims, penalty claims, any claiming based on or arising out of any offer letter, agreement, handbook, or policy of Aya, claims for breach of confidentiality or misappropriation of trade secrets, claims for injunctive relief, claims alleging breach of privacy rights, and claims based on or alleging violations of the California Labor Code, California Fair Employment and Housing Act, the Americans With Disabilities Act, California Pregnancy Leave Law, or any other applicable public policy, federal, state or other governmental law, constitution, statute, regulation or ordinance. To the extent required by Executive Order 13665, this Agreement only requires arbitration of claims arising under Title VII of the Civil Rights Act of 1964 or any tort related to or arising out of sexual assault or harassment where the employee voluntarily consents to arbitration after a dispute arises.

This Agreement is binding upon, and inures to the benefit of, the Parties and their respective successors and assigns. In addition, You agree that this Agreement is intended to benefit and may be enforced not only by Aya, but also by any of Aya's officers, directors, owners, clients, shareholders, employees, managers, agents, attorneys, insurers, sureties, benefit plans, clients, and its affiliated, related, parent, sister, or associated business entities (including, but not limited to Aya Healthcare, Inc.).

3.   <u>Arbitration Procedures</u>

Prior to submitting a dispute to arbitration under this Agreement, the Parties agree to make good faith efforts to resolve any dispute on an informal basis. If efforts at informal resolution fail, the Parties agree to participate in a non-binding mediation prior to commencing arbitration with costs of mediation split by the parties unless otherwise required by law. If a dispute remains unresolved following mediation, either Party may submit the dispute for resolution by final binding arbitration under this Agreement.

The binding arbitration and selection of a neutral arbitrator will be conducted in conformity with the procedures of the Federal Arbitration Act (9 U.S.C. § 1 et seq.) and the California Arbitration Act (Cal. Code Civ. Proc., § 1280 et seq.), and if You are employed outside of California, in accordance with any other applicable arbitration law. The arbitrator shall have the authority to resolve all portions of the dispute, including disputes relating to the interpretation or enforceability of this Agreement, and may utilize procedural motions challenging the legal sufficiency of a claim or defense, such as summary judgment motions, motions for judgment on the pleadings, requests for preliminary injunctions or equitable relief, and similar proceedings. The Parties shall be entitled to discovery sufficient to adequately arbitrate their claims and defenses.



The arbitrator will issue a detailed written decision and award resolving the dispute.  The arbitrator's written opinion and award shall decide all issues submitted and set forth the legal principle(s) supporting the decision.  The decision or award of the arbitrator shall be final and binding upon the Parties.  The arbitrator shall have the power to award any type of legal or equitable relief that would be available in a court of competent jurisdiction including, but not limited to attorneys' fees, when such relief is available under the applicable statute or law.  Any arbitral award may be entered as a judgment or order in a court of competent jurisdiction.  The Parties agree that any relief or recovery to which they are entitled arising out of the employment relationship or cessation thereof shall be limited to that awarded by the arbitrator.

For claims determined to involve non-waivable statutory rights and to the extent required by law, You will not be required to pay any administrative fees or costs, including arbitrator's fees, beyond the fees and costs which would have been incurred by you, if any, had the dispute arbitrated under this provision been litigated in state or federal court.  The arbitration will take place in San Diego, California, or to the extent required by law, the arbitration may take place in the County in which You were employed by Aya.

4.       **WAIVER OF RIGHT TO JURY OR COURT TRIAL**

**BY SIGNING THIS AGREEMENT YOU ARE GIVING UP YOUR RIGHTS TO HAVE THE CLAIMS DESCRIBED IN PARAGRAPH 2 ABOVE DECIDED IN A COURT OF LAW BEFORE A JURY OR JUDGE, AND INSTEAD ARE AGREEING TO FINAL AND BINDING ARBITRATION BEFORE A NEUTRAL ARBITRATOR.**

5.       **WAIVER OF RIGHT TO BRING CLASS, COLLECTIVE, OR REPRESENTATIVE ACTION**

**TO THE FULLEST EXTENT PERMITTED BY LAW, YOU AND AYA AGREE THAT NO CLAIM COVERED BY THIS AGREEMENT MAY BE PURSUED AS A CLASS, COLLECTIVE, OR REPRESENTATIVE ACTION AND ALL SUCH CLAIMS MUST BE PURSUED ONLY ON AN INDIVIDUAL BASIS.**  Notwithstanding the foregoing, to the extent any Party asserts a representative claim that is determined to be non-waivable, You and Aya agree that any and all such representative claims may be asserted and determined only by binding arbitration in accordance with this Agreement.

6.       Complete Agreement

This is the complete agreement of the Parties on the subject matter of this Agreement.  This Agreement supersedes any prior or contemporaneous oral or written understanding on the subject, including any statements in any letter or application.  No Party is relying on any representations, oral or written, on the subject of the effect, enforceability or meaning of this Agreement, except as specifically set forth in this Agreement.  This Agreement may only be modified by a writing signed by the CEO of Aya.

7.       Severability

If any part of this Agreement is construed to be in violation of any law, unenforceable, or void, such part shall be modified to achieve the objective of the Parties to the fullest extent permitted by law, and the balance of this Agreement shall remain in full force and effect.

**PLEASE READ THIS DOCUMENT CAREFULLY BEFORE SIGNING!**

By signing below, You acknowledge and agree that You have carefully read this Agreement, you understand it, and that You knowingly and voluntarily agree to it.  You further acknowledge that you have been given the opportunity to discuss this Agreement with your own legal counsel and have availed yourself of that opportunity to the extent desired.

Hannah Bailey

PRINT EMPLOYEE NAME

DocuSigned by:

*Hannah Bailey*

EMPLOYEE SIGNATURE

SC11242563924A0...

Date: 2/28/2022

*Amber Zeeb*

AYA HEALTHCARE SERVICES, INC.

By: Amber Zeeb, Director of Operations

**EXHIBIT 4**



## ARBITRATION AGREEMENT

This Arbitration Agreement (the "Agreement") is made by and between Aya Healthcare Services, Inc. ("Aya") and _____Lauren Miller_____ ("You") on the date subscribed below.  You and Aya are sometimes referred to in this agreement as a "Party" or the "Parties."

In consideration of the mutual promises set forth below and Your employment with Aya, the Parties agree as follows:

1.    At-Will Employment Relationship

Your employment with Aya is at-will.  Your employment may be terminated by either you or Aya at any time, with or without notice, and with or without cause.  Nothing in this Agreement modifies the at-will nature of your employment.  The at-will nature of your employment may only be modified in a writing signed by the CEO of Aya.

2.    Claims Subject To Binding Arbitration

You and Aya mutually agree that any and all claims arising out of or relating to your employment with Aya or the end of such employment, whether asserted during or following your employment with Aya, will be subject to binding arbitration and not by a lawsuit or resort to court process.  You and Aya agree that the binding arbitration required by this Agreement applies to all covered claims arising from Your past or current assignments or position, as well as any and all covered claims arising from any future assignments or positions with Aya, regardless of whether there is a break in service between such assignments or positions.  The claims covered by this Agreement include, but are not limited to, contract claims, quasi-contract claims, equity claims, tort claims, wrongful termination claims, claims of discrimination, harassment or retaliation, wage claims, penalty claims, any claiming based on or arising out of any offer letter, agreement, handbook, or policy of Aya, claims for breach of confidentiality or misappropriation of trade secrets, claims for injunctive relief, claims alleging breach of privacy rights, and claims based on or alleging violations of the California Labor Code, California Fair Employment and Housing Act, the Americans With Disabilities Act, California Pregnancy Leave Law, or any other applicable public policy, federal, state or other governmental law, constitution, statute, regulation or ordinance.  To the extent required by Executive Order 13665, this Agreement only requires arbitration of claims arising under Title VII of the Civil Rights Act of 1964 or any tort related to or arising out of sexual assault or harassment where the employee voluntarily consents to arbitration after a dispute arises.

This Agreement is binding upon, and inures to the benefit of, the Parties and their respective successors and assigns.  In addition, You agree that this Agreement is intended to benefit and may be enforced not only by Aya, but also by any of Aya's officers, directors, owners, clients, shareholders, employees, managers, agents, attorneys, insurers, sureties, benefit plans, clients, and its affiliated, related, parent, sister, or associated business entities (including, but not limited to Aya Healthcare, Inc.).

3.    Arbitration Procedures

Prior to submitting a dispute to arbitration under this Agreement, the Parties agree to make good faith efforts to resolve any dispute on an informal basis.  If efforts at informal resolution fail, the Parties agree to participate in a non-binding mediation prior to commencing arbitration with costs of mediation split by the parties unless otherwise required by law.  If a dispute remains unresolved following mediation, either Party may submit the dispute for resolution by final binding arbitration under this Agreement.

The binding arbitration and selection of a neutral arbitrator will be conducted in conformity with the procedures of the Federal Arbitration Act (9 U.S.C. § 1 et seq.) and the California Arbitration Act (Cal. Code Civ. Proc., § 1280 et seq.), and if You are employed outside of California, in accordance with any other applicable arbitration law.  The arbitrator shall have the authority to resolve all portions of the dispute, including disputes relating to the interpretation or enforceability of this Agreement, and may utilize procedural motions challenging the legal sufficiency of a claim or defense, such as summary judgment motions, motions for judgment on the pleadings, requests for preliminary injunctions or equitable relief, and similar proceedings.  The Parties shall be entitled to discovery sufficient to adequately arbitrate their claims and defenses.

DocuSign Envelope ID: 7626A778-7B41-4771-9C35-C207FA9F781B



The arbitrator will issue a detailed written decision and award resolving the dispute.  The arbitrator's written opinion and award shall decide all issues submitted and set forth the legal principle(s) supporting the decision.  The decision or award of the arbitrator shall be final and binding upon the Parties.  The arbitrator shall have the power to award any type of legal or equitable relief that would be available in a court of competent jurisdiction including, but not limited to attorneys' fees, when such relief is available under the applicable statute or law.  Any arbitral award may be entered as a judgment or order in a court of competent jurisdiction.  The Parties agree that any relief or recovery to which they are entitled arising out of the employment relationship or cessation thereof shall be limited to that awarded by the arbitrator.

For claims determined to involve non-waivable statutory rights and to the extent required by law, You will not be required to pay any administrative fees or costs, including arbitrator's fees, beyond the fees and costs which would have been incurred by you, if any, had the dispute arbitrated under this provision been litigated in state or federal court.  The arbitration will take place in San Diego, California, or to the extent required by law, the arbitration may take place in the County in which You were employed by Aya.

4.    **WAIVER OF RIGHT TO JURY OR COURT TRIAL**

**BY SIGNING THIS AGREEMENT YOU ARE GIVING UP YOUR RIGHTS TO HAVE THE CLAIMS DESCRIBED IN PARAGRAPH 2 ABOVE DECIDED IN A COURT OF LAW BEFORE A JURY OR JUDGE, AND INSTEAD ARE AGREEING TO FINAL AND BINDING ARBITRATION BEFORE A NEUTRAL ARBITRATOR.**

5.    **WAIVER OF RIGHT TO BRING CLASS, COLLECTIVE, OR REPRESENTATIVE ACTION**

**TO THE FULLEST EXTENT PERMITTED BY LAW, YOU AND AYA AGREE THAT NO CLAIM COVERED BY THIS AGREEMENT MAY BE PURSUED AS A CLASS, COLLECTIVE, OR REPRESENTATIVE ACTION AND ALL SUCH CLAIMS MUST BE PURSUED ONLY ON AN INDIVIDUAL BASIS.**  Notwithstanding the foregoing, to the extent any Party asserts a representative claim that is determined to be non-waivable, You and Aya agree that any and all such representative claims may be asserted and determined only by binding arbitration in accordance with this Agreement.

6.    Complete Agreement

This is the complete agreement of the Parties on the subject matter of this Agreement.  This Agreement supersedes any prior or contemporaneous oral or written understanding on the subject, including any statements in any letter or application.  No Party is relying on any representations, oral or written, on the subject of the effect, enforceability or meaning of this Agreement, except as specifically set forth in this Agreement.  This Agreement may only be modified by a writing signed by the CEO of Aya.

7.    Severability

If any part of this Agreement is construed to be in violation of any law, unenforceable, or void, such part shall be modified to achieve the objective of the Parties to the fullest extent permitted by law, and the balance of this Agreement shall remain in full force and effect.

**PLEASE READ THIS DOCUMENT CAREFULLY BEFORE SIGNING!**

By signing below, You acknowledge and agree that You have carefully read this Agreement, you understand it, and that You knowingly and voluntarily agree to it.  You further acknowledge that you have been given the opportunity to discuss this Agreement with your own legal counsel and have availed yourself of that opportunity to the extent desired.

Lauren Miller
_____
PRINT EMPLOYEE NAME

DocuSigned by:
_Lauren Miller_____      Date: _4/27/2022_____
EMPLOYEE SIGNATURE
CFE532B47FA5419...

_Amber Zeeb_____
AYA HEALTHCARE SERVICES, INC.

By: Amber Zeeb, Director of Operations