Marie Burke Kenny (Bar No. 183640)
E-mail: marie.kenny@procopio.com
Clint S. Engleson (Bar No. 282153)
E-mail: clint.engleson@procopio.com
Ashley N. Fasano (Bar No. 324949)
E-mail: ashley.fasano@procopio.com
PROCOPIO, CORY, HARGREAVES &
   SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Defendant AYA HEALTHCARE, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA O'DELL, HANNAH BAILEY, HOLLY ZIMMERMAN, and LAUREN MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AYA HEALTHCARE, INC.,<br><br>Defendant. | Case No. '22CV1151 BEN BLM<br><br>**DECLARATION ASHLEY N. FASANO IN SUPPORT OF DEFENDANT AYA HEALTHCARE, INC.'S MOTION TO COMPEL ARBITRATION AND DISMISS COURT ACTION**<br><br>Hearing Date: November 14, 2022<br>Time: 10:30 a.m.<br>Courtroom: 5A<br>Judge: Hon. Roger T. Benitez<br><br>Complaint Filed: August 4, 2022<br>Trial Date:    None set |

I, Ashley N. Fasano, declare:

1.  I am an attorney duly authorized to practice law before all courts in the State of California and am an attorney of record for Aya Healthcare, Inc. ("Aya"), Defendant in the above-captioned matter. I have personal knowledge of the matters contained in this declaration and, if called to testify thereto, would competently do so. I have reviewed the file for this matter and am familiar with its contents.

2.  Plaintiffs Laura O'Dell, Hannah Bailey, and Holly Zimmerman filed their class, collective, and representative action Complaint against Aya on or about August

1  4, 2022, and filed their First Amended Complaint adding Plaintiff Lauren Miller to
2  this action on or about September 27, 2022.

3      3.  On August 24, 2022, before Plaintiffs filed their First Amended Complaint, Aya's counsel sent Plaintiffs' counsel a meet and confer letter which attached Plaintiffs' arbitration agreements with Aya.  The letter asked Plaintiffs to honor their arbitration agreements, dismiss their class, collective, and representative action claims, and submit their individual claims to arbitration.  Aya offered to comply with the pre-arbitration requirements outlined in the arbitration agreements, including informal settlement discussions and mediation.  Aya also agreed to pay for the entire cost of the pre-arbitration mediation provided for in the arbitration agreements.  The parties met and conferred by telephone regarding the issues raised in Aya's letter.  However, Plaintiffs would not agree to dismiss their lawsuit and submit all of their individual claims to arbitration forcing Aya to file a Motion to Compel Arbitration and Dismiss Court Action.  Before Aya's Motion could be heard, Plaintiffs' amended their Complaint to add an additional plaintiff.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on October 7, 2022, in the County of San Diego, California.

          /s/ *Ashley N. Fasano*
          Ashley N. Fasano