Jason S. Hartley (SBN# 192514)
Jason M. Lindner (SBN# 211451)
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: 619-400-5822
*hartley@hartleyllp.com*
*lindner@hartleyllp.com*

George A. Hanson (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
Alexander T. Ricke (*pro hac vice*)
K. Ross Merrill (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816-714-7100
*hanson@stuevesiegel.com*
*moore@stuevesiegel.com*
*ricke@stuevesiegel.com*
*merrill@stuevesiegel.com*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA O'DELL, HANNAH BAILEY, HOLLY ZIMMERMAN, and LAUREN MILLER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>AYA HEALTHCARE, INC.,<br><br>    Defendant. | Case No. 3:22-cv-1151-BEN-BLM<br><br>**PLAINTIFF HOLLY ZIMMERMAN'S NOTICE OF MOITON AND MOTION TO CONFIRM ARBITRATION AWARD AND LIFT STAY OF HER CLAIMS**<br><br>Date:  July 15, 2024<br>Time:  10:30 a.m.<br>Courtroom: 5A<br>Judge:  Hon. Roger T. Benitez<br><br>Complaint Filed: August 4, 2022<br>Trial Date: None set |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on July 15, 2024, at 10:30 a.m., or as soon thereafter as the matter may be heard by the Honorable Roger T. Benitez, in Courtroom 5A of this Court located at 221 West Broadway, San Diego, California 92101, Plaintiff Holly Zimmerman, by and through her undersigned counsel of record, will and hereby does move for entry of an order (1) confirming an arbitration award finding her Arbitration Agreement to be procedurally and substantively unconscionable and therefore unenforceable; and (2) lifting the stay of her claims in this action. Plaintiff Zimmerman makes this motion pursuant to 9 U.S.C. § 9 and Section 1285 of the California Code of Civil Procedure.

This Motion is supported by the Memorandum of Points and Authorities herein, the Declaration of J. Austin Moore, the pleadings and papers on file in this action, and any other matter of which this Court may take notice.

Dated: May 29, 2024                    HARTLEY LLP

By: s/ *Jason S. Hartley*
                    Jason S. Hartley
                    Jason M. Lindner
                    101 West Broadway, Suite 820
                    San Diego, California 92101
                    Tel: 619-400-5822
                    *hartley@hartleyllp.com*
                    *lindner@hartleyllp.com*

George A. Hanson (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
Alexander T. Ricke (*pro hac vice*)
K. Ross Merrill (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816-714-7100
*hanson@stuevesiegel.com*
*moore@stuevesiegel.com*
*ricke@stuevesiegel.com*
*merrill@stuevesiegel.com*

*Attorneys for Plaintiffs and the Putative Classes and Collective*