# EXHIBIT 5

**Bronwen Hicks**

| | |
|---|---|
| **From:** | JoseGuerrero@adr.org |
| **Sent:** | Thursday, March 21, 2024 2:26 PM |
| **To:** | Austin Moore; marie.kenny@procopio.com; Yasmin Zainulbhai; George Hanson; Crystal Cook Leftridge; hartley@hartleyllp.com |
| **Cc:** | janna.jamil@procopio.com; Alex Ricke; Sandra.olave@procopio.com; glover@hartleyllp.com; Ashley.fasano@procopio.com; lindner@hartleyllp.com; Ross Merrill |
| **Subject:** | Lauren Miller v. Aya Healthcare Inc. - Case 01-23-0002-5462 |
| **Attachments:** | 2024-03-21 AAA Invoice - 2024-03-21T121625.481.pdf; 2024-03-21 AAA Request Additional Compensation .pdf |

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.



**AAA Jose Guerrero
Manager of ADR Services**

American Arbitration Association

T: 559 650 8066   F: 855 433 3046   E: JoseGuerrero@adr.org
45 E River Park Place West, Suite 308, Fresno, CA 93720
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.



| | |
|---|---|
| **Invoice Date** |
| 21-Mar-2024 |
| **Invoice Balance** |
| $11,525.00 |
| **Case #** |
| 01-23-0002-5462-2-JG |

Case Manager: Jose Guerrero
<u>JoseGuerrero@adr.org</u>
**Pay PIN**: 12005703
Unless instructed otherwise, invoice balance due upon receipt.

# Invoice

Marie Burke. Kenny, Esq.
Procopio, LLP
525 B Street
Suite 2200
San Diego, CA 92101

**Representing:** Aya Healthcare Inc.

Re: Lauren Miller
Vs.
Aya Healthcare Inc.

| Bill Line Date | Bill Line # | Description | Amount |
|---|---|---|---|
| 21-Mar-2024 | 13928805 | Arbitrator's Compensation | $11,525.00 |
| | | **Net Due Amount** | **$11,525.00** |

**Corporate Address and Tax ID**: American Arbitration Association, 120 Broadway, 21st Floor, New York, NY 10271, EIN: 13-0429745



| Invoice Date |
|---|
| 21-Mar-2024 |
| **Invoice Balance** |
| $11,525.00 |
| **Case #** |
| 01-23-0002-5462-2-JG |

Case Manager: Jose Guerrero
JoseGuerrero@adr.org
**Pay PIN**: 12005703
Unless instructed otherwise, invoice balance due upon receipt.

# Payment Options

**Paying by Credit Card or eCheck**
To pay with a credit card or eCheck online, go to www.adr.org, click on "***File or Access your Case***" and then select "***Quick Pay an Invoice***" and use this **Pay PIN**: **12005703**. Please note that, beginning October 2022, where permitted by law, a 3% processing fee will be assessed on payments made by credit card; all such processing fees are non-refundable, regardless of whether AAA fees or compensation or expense deposits are later refunded in full or in part.  Please note that we no longer accept the American Express card.  There is no processing fee for payments made by echeck or debit cards.

**Wire Transfer**
As information transmitted by the bank is often truncated due to limited space, please email your reference information (Case #/Bill Line #/Program #/Party Name) with the date and amount of your wire, to ensure that your payment is credited promptly and correctly (e.g. 011400021841 P1 or #1234567 P2 or EDU1234). Please email as follows:

For active cases: send to your AAA case representative and corpfinance@adr.org
For new filings (where your case number is not known): send to casefiling@adr.org and corpfinance@adr.org

FOR WIRES / ACH / EFT
    **Name of Bank:** Wells Fargo Bank
    **Address:**  150 East 42nd Street, 24th FL., New York, NY 10017, USA
    **Account Name:** AAA/American Arbitration Association
    **Account Number:** 2000017952068
    **ABA/Transit Number:** 121000248
    **Reference:** Case # and Bill Line #/Party Name; or Program # (as applicable)
    **Swift Code/BIC:** WFBIUS6S

Note: Please take steps to ensure that your bank does in fact wire the entire amount to our account. From time to time, certain banks will keep a portion of the wire transfer for their own service fee, leaving a balance due to the AAA/ICDR.

**Paying by Check**
Please return this page with your payment (please indicate the Case # on the check) to:

    13727 Noel Road
    Suite 1025
    Dallas, TX 75240
    Telephone: (972)702-8222
    Fax: (855)267-4082

**Corporate Address and Tax ID**: American Arbitration Association, 120 Broadway, 21st Floor, New York, NY 10271, EIN: 13-0429745



Western Case Management Center
Patrick Tatum
Vice President
45 E River Park Place West
Suite 308
Fresno, CA 93720
Telephone: (877)528-0880
Fax: (855)433-3046

March 21, 2024

**VIA ELECTRONIC MAIL**

J. Austin Moore, Esq.
Stueve Siegel Hanson LLP
460 Nichols Road,
Suite 200
Kansas City, MO 64112
Via Email to: moore@stuevesiegel.com

Marie B. Kenny, Esq.
Procopio, LLP
525 B Street,
Suite 2200
San Diego, CA 92101
Via Email to: marie.kenny@procopio.com

**Case Number: 01-23-0002-5462**
**Lauren Miller**
**-vs-**
**Aya Healthcare Inc.**

Dear Parties:

We have received the Arbitrator's final invoice and it exceeds the amount estimated and requested. Therefore, we are at this time, requesting an additional **$11,525.00** to cover for the arbitrator's compensation for time incurred. Attached please find an itemized invoice to facilitate payment.

Payment is due upon receipt of this letter and attached invoice.

Please be advised the Employer has been billed the amount as itemized on the enclosed invoice, pursuant to the applicable Rules.  Payment is due on upon receipt, as of the date of the invoice.  As this arbitration is subject to ***California Code of Civil Procedure 1281.98***, payment must be paid by 30 days from the date of this letter. Pursuant to California Code of Civil Procedure 1281.98, the AAA cannot grant any extensions to this payment deadline unless agreed upon by all parties.

Payments can be paid online using our Quick Pay option. A unique Pay PIN can be found on your invoice. To pay an invoice or statement, please visit www.adr.org, select "File or Access Your Case" and then choose "Quick Pay an Invoice."

Thank you for your attention, and please do not hesitate to contact me should you have any questions.

Sincerely,


Jose Guerrero
Manager of ADR Services
Direct Dial: (559)650-8066
Email: JoseGuerrero@adr.org
Fax: (855)433-3046

Enclosure

cc:
Gayle L. Eskridge, Esq.

Jason Lindner, Esq.
Janna Jamil
Sandra Olave
Kenneth R. Merrill
Ashley Fasano, Esq.
Crystal Cook Leftridge
Yasmin Zainulbhai, Esq.
George A. Hanson, Esq.
Alexander T. Ricke, Esq.
Tina Glover
Jason Hartley, Esq.