|   |   |
|---|---|
| 1 | Marie Burke Kenny (Bar No. 183640) |
| 2 | E-mail: marie.kenny@procopio.com<br>Ashley N. Fasano (Bar No. 324949) |
| 3 | E-mail: ashley.fasano@procopio.com<br>PROCOPIO, CORY, HARGREAVES & |
|   | SAVITCH LLP |
| 4 | 525 B Street, Suite 2200<br>San Diego, CA 92101 |
| 5 | Telephone: 619.238.1900<br>Facsimile: 619.235.0398 |

Attorneys for Defendant Aya Healthcare, Inc.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| LAURA O'DELL, HANNAH BAILEY, HOLLY O'DELL, and LAUREN MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AYA HEALTHCARE, INC.,<br><br>Defendant. | Case No. 22CV1151 BEN BLM<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT AYA HEALTHCARE, INC.; [PROPOSED] ORDER**<br><br>Dept:      5A<br>Judge:    Hon. Roger T. Benitez<br><br>Complaint Filed: August 4, 2022<br>Trial Date:          None set |
|---|---|

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant AYA HEALTHCARE, INC. ("Defendant") hereby substitutes the law firm of Gordon Rees Scully Mansukhani, LLP as its attorneys of record in the above-referenced action in place of Procopio, Cory, Hargreaves & Savitch LLP. Withdrawing counsel for Defendant is as follows:

> Marie Burke Kenny
> Procopio, Cory, Hargreaves & Savitch LLP
> 525 B Street, Suite 2200
> San Diego, CA 92101
> Telephone: 619.238.1900
> Facsimile: 619.235.0398

E-mail: marie.kenny@procopio.com

Ashley N. Fasano
Procopio, Cory, Hargreaves & Savitch LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398
E-mail: ashley.fasano@procopio.com

Defendant respectfully requests that all pleadings, orders, notices or other papers relevant to this action be served on Defendant's substituted counsel as follows:

Kevin R. Allen (SBN: 237994)
Gordon Rees Scully Mansukhani LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825
Telephone: 916.565.2900
Facsimile: 916.920.4402
Email: kallen@grsm.com

Mollie M. Burks (SBN: 222112)
Gordon Rees Scully Mansukhani LLP
100 Pringle Ave, Suite 300
Walnut Creek, CA 94596
Telephone: 510.463.8600
Facsimile: 415.986.8054
Email: kallen@grsm.com

Paul Gamboa, Esq.
*Pro Hac Vice Application Pending*
Gordon Rees Scully Mansukhani LLP
1 N. Franklin Suite, 800
Chicago, IL 60606
Telephone: 312.565.1400
Email: pgamboa@grsm.com

The undersigned parties hereby consent to the above withdrawal and substitution of counsel:

DATED: July 2, 2024     **AYA HEALTHCARE, INC.**

By: *Lindsay Watson*
Lindsay Watson
VP, Legal Litigation and Risk Management

DATED: July _1, 2024     **PROCOPIO, CORY, HARGREAVES & SAVITCH LLP**

By: *Marie Burke Kenny*
Marie Burke Kenny
Ashley N. Fasano
Withdrawing Attorneys for Defendant Aya Healthcare, Inc.

DATED: July 2, 2024     **GORDON REES SCULLY MANSUKHANI LLP**

By: *[signature]*
Kevin R. Allen
Mollie M. Burks
Paul Gamboa, Esq.
Patrick F. Moran, Esq.
Krista Easom, Esq.
Julia Koechley, Esq.
Substituted Attorneys for Defendant Aya Healthcare, Inc.

# **[PROPOSED] ORDER**

The foregoing withdrawal and substitution of counsel is hereby approved and so ORDERED by this Court.

Date: _____

                                                         JUDGE OF THE UNITED STATES DISTRICT COURT