Jason S. Hartley (SBN# 192514)
Jason M. Lindner (SBN# 211451)
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: 619-400-5822
hartley@hartleyllp.com
lindner@hartleyllp.com

George A. Hanson (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
Alexander T. Ricke (*pro hac vice*)
K. Ross Merrill (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816-714-7100
hanson@stuevesiegel.com
moore@stuevesiegel.com
ricke@stuevesiegel.com
merrill@stuevesiegel.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA O'DELL, HOLLY ZIMMERMAN, and LAUREN MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AYA HEALTHCARE, INC.,<br><br>Defendant. | Case No. 3:22-cv-1151-CAB-MMP<br><br>**PLAINTIFFS O'DELL AND ZIMMERMAN'S NOTICE OF MOTION AND MOTION FOR CONDITIONAL CERTIFICATION OF FLSA COLLECTIVE ACTION**<br><br>Hearing Date: October 10, 2024<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT<br><br>Courtroom: 15A<br><br>Judge: Hon. Cathy Ann Bencivengo<br><br>Complaint Filed: August 4, 2022<br><br>Trial Date: None Set |

1

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on October 10, 2024, or as soon thereafter as the matter may be considered, heard, or decided by the Honorable Cathy Ann Bencivengo in Courtroom 15A of this Court located at 221 West Broadway, San Diego, California 92101, Plaintiffs Holly Zimmerman and Laura O'Dell, by and through their undersigned counsel of record, will and hereby do move for entry of an order:

1. Conditionally certifying the following collective:

All current and former hourly, non-exempt employees of Aya who (1) worked more than 40 hours in a workweek at any time from three years prior to August 4, 2022 to the present and (2) who received a "Meals and Incidentals Stipend," "Housing Stipend" (or their equivalents by any other name), and/or Shift Bonuses that were not included in their regular rate of pay.

2. Requiring Aya to produce a list of individuals who meet the collective definition, along with their contact information and other information requested in the Motion in Excel format, within 14 days of an Order granting conditional collective certification;

3. Approving the form and method of distributing notice as set forth in Plaintiffs' supporting memorandum of law and Exhibits A and B;

4. Setting a 90-day period for opting-in to the action to run from the date of the initial mailing of the notice; and

5. Equitably tolling the statute of limitations of all putative and existing collective members from August 4, 2022, the date the Complaint was filed, until the conclusion of the notice period; and

6. Otherwise directing Plaintiffs and their counsel to carry out the notice process consistent with the Motin and this Order.

| | |
|---|---|
| 1   Dated: September 5, 2024 | Respectfully submitted, |
| 2 | |
| 3 | /s/ *J. Austin Moore* |
| | George A. Hanson (*pro hac vice*) |
| 4 | J. Austin Moore (*pro hac vice*) |
| | Alexander T. Ricke (*pro hac vice*) |
| 5 | K. Ross Merrill (*pro hac vice*) |
| 6 | **STUEVE SIEGEL HANSON LLP** |
| | 460 Nichols Road, Suite 200 |
| 7 | Kansas City, Missouri 64112 |
| | Telephone: 816-714-7100 |
| 8 | hanson@stuevesiegel.com |
| 9 | moore@stuevesiegel.com |
| | ricke@stuevesiegel.com |
| 10 | merrill@stuevesiegel.com |
| 11 | |
| | Jason S. Hartley (SBN 192514) |
| 12 | Jason M. Lindner (SBN 211451) |
| 13 | **HARTLEY LLP** |
| | 101 West Broadway, Suite 820 |
| 14 | San Diego, California 92101 |
| | Tel: 619-400-5822 |
| 15 | hartley@hartleyllp.com |
| 16 | lindner@hartleyllp.com |
| 17 | *Attorneys for Plaintiffs and the Putative Class and Collective* |
| 18 | |

3