UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA O'DELL, HANNAH BAILEY, HOLLY ZIMMERMAN, and LAUREN MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AYA HEALTHCARE, INC.,<br><br>Defendant. | Case No.: 22cv1151-CAB-MMP<br><br>**AUTOMATIC STAY ORDER** |

Defendant has appealed the denial of a motion to compel arbitration for the 255 Opt-In Plaintiffs. The Court denied that motion on grounds of collateral estoppel/nonmutual issue preclusion. [*See* Doc. No. 175.] This ruling would also apply to the remaining Opt-In Plaintiffs whose relationship with Defendant, according to Named Plaintiffs, has not been fully litigated. [*See* Doc. No. 150 at 2 fn.1.] As "the entire case is essentially involved in the appeal," *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 741 (2023) (internal citations omitted), the automatic stay applies to all proceedings in this case.

**IT IS SO ORDERED.**

Dated: March 6, 2025

Hon. Cathy Ann Bencivengo
United States District Judge